## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | CRIMINAL NO. EP-24-MJ-03096-MAT |
| v. § | |
| § | |
| ELEAZER KASSHOGGI MUJICA-ROJAS, § | |
| also known as (a.k.a.): La Fresa, § | |
| § | |
| Defendant. § | |

### UNITED STATES' MOTION TO DISMISS CRIMINAL COMPLAINT

TO THE HONORABLE JUDGE:

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court, the United States Attorney for the Western District of Texas, hereby moves to dismiss and requests that the Court dismiss the original Criminal Complaint, without prejudice, against Defendant **EELEAZER KASSHOGGI MUJICA-ROJAS, a.k.a. La Fresa**.


DATED: September 30, 2024          Respectfully submitted,

                                   JAIME ESPARZA
                                   UNITED STATES ATTORNEY


                      By:   /s/ Richard D. Watts
                            RICHARD D. WATTS
                            Assistant U.S. Attorney
                            New Mexico Bar #9059
                            700 E. San Antonio, Suite 200
                            El Paso, Texas 79901
                            (915) 534-6884

## **CERTIFICATE OF SERVICE**

I hereby certify that on the September 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participant:

Ben Ivey,
Attorney for Defendant

                                                  /s/
                                       Richard D. Watts
                                       Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>v.<br><br>ELEAZER KASSHOGGI MUJICA-ROJAS,<br>also known as (a.k.a.): La Fresa,<br><br>　Defendant. | §<br>§<br>§<br>§   CRIMINAL NO.  EP-24-MJ-03096-MAT<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER GRANTING MOTION TO DISMISS CRIMINAL COMPLAINT**

On this date came to be considered United States' Motion to Dismiss the Criminal Complaint in the above captioned case.

After considering the United States' Motion and the status of this case, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Criminal Complaint filed on July 22, 2024, regarding Defendant, **ELEAZER KASSHOGGI MUJICA-ROJAS, a.k.a.: La Fresa**, be dismissed, without prejudice.

SIGNED this _____ day of _____, 2024.

_____
HONORABLE MIGUEL A. TORRES
UNITED STATES DISTRICT JUDGE